**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| NANCY VALENCIA,<br><br>        Plaintiff,<br><br>  v.<br><br>ANDREW M. SAUL, Commissioner of the Social Security Administration,<br><br>        Defendant. | CASE NO. CV 19-06109-AS<br><br><br>**JUDGMENT** |

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

    DATED: July 6, 2020

                                                  /s/ _____
                                                ALKA SAGAR
                                  UNITED STATES MAGISTRATE JUDGE